# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00736-CV

**Atlantic Mutual Insurance Company, Appellant**

**v.**

**Duncan Roberts; Dolores Robertson, Individually and as next friend of Danae R. Robertson, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. GN200988, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Atlantic Mutual Insurance Company filed its notice of appeal on November 25, 2002, and the clerk=s record was filed on January 16, 2003.  On February 26, 2003, we sent appellant notice that its appellant=s brief was overdue and that its appeal would be subject to dismissal if a motion for extension of time was not filed by March 3, 2003.  To date, appellant has not responded to this Court=s correspondence.

We therefore dismiss the appeal for want of prosecution.  Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   April 17, 2003`